IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE W. DAVIS BEY,

    Petitioner,

v.                                  Civil Action No. 3:20CV973–HEH

JOHN A. WOODSON,

    Respondent.

## MEMORANDUM OPINION
### (Dismissing 28 U.S.C § 2254 Petition Without Prejudice)

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on June 17, 2021, the Court directed Petitioner to complete and return, within eleven (11) days of the date of entry thereof, the standardized form for filing a 28 U.S.C. § 2254 petition. The Court warned Petitioner that the failure to complete and return the standardized form in a timely manner would result in the dismissal of the action. More than eleven (11) days have elapsed since the entry of the June 17, 2021 Memorandum Order and Petitioner has not responded. Accordingly, the action will be dismissed without prejudice. A certificate of appealability will be denied.

An appropriate order will accompany this Memorandum Opinion.

                                              /s/
                              HENRY E. HUDSON
Date: July 20, 2021      SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia